Unsealed 2/19/08

~~ORDERED SEALED BY COURT~~ **ates District Court**

SOUTHERN DISTRICT OF CALIFORNIA

FILED

UNITED STATES OF AMERICA

V.

AMELIA VALENTE-HERNANDEZ (2)

08 FEB 25 AM 9:06

**WARRANT FOR ARREST**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER:

DEPUTY

**'08 MJ 0398**

144789?

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       AMELIA VALENTE-HERNANDEZ

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)  2/14/08

Conspiracy to forge, counterfeit, alter and falsely make immigration documents prescribed by regulation for entry into and as evidence of authorized stay and employment in the United States in violation of Title 18, United States Code, Section 1546(a).

ARRESTED BY ICE S/A Battaglia
DATE
STEVEN C. STAFFORD
ACTING U.S. MARSHAL
BY

In violation of Title          18          United States Code, Section(s) 371

Kerri Castillo                              ICE Special Agent

Name of Issuing Officer                     Title of Issuing Officer

**ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE**         FEB 12 2008        San Diego, California

Signature of Deputy                         Date and Location

Bail fixed at $        No bail         by      The Honorable Anthony J. Battaglia

                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II J          ICE          2589
                                 (Forgery of Imm. Docs.)