```
 1  ANDREW K. NIETOR
    California Bar No. 208784
 2  110 West C Street, Suite 707
    San Diego, California 92101
 3  Telephone: (619) 794-2386
 4
```

FILED

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM McCURINE, JR.)

| UNITED STATES OF AMERICA, | ) | Criminal No. 08mj0398-WMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| AMELIA VALENTE-HERNANDEZ, | ) | SUBSTITUTION OF ATTORNEY |
| Defendant. | ) | |

Amelia Valente-Hernandez, above-named defendant, hereby substitutes Andrew K. Nietor as her attorney of record. Previous counsel is relieved of all responsibility in this case.

DATED: 2/21/08

_[signature]_
Amelia Valente-Hernandez

DATED: 2/21/08

_[signature]_
Andrew Nietor, substituting attorney

DATED: 2/21/08

_[signature]_
Heather Rogers, current attorney

//

08mj0398

1  SO ORDERED,
2  DATED: 2/22/08

_____
Hon. William McCurine, Jr.
United States Magistrate Judge

08mj0398