FILED
MAR 20 2008
CLERK, U.S. ...
SOUTHERN D... ... CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>            Plaintiff,  <br>    v.  <br>FAUSTO CHAVEZ-RUEDA (1),  <br>AMELIA VALENTE-HERNANDEZ (2),  <br>            Defendant. | Criminal Case No. 08CR0821-IEG  <br>  <br>I N F O R M A T I O N  <br>  <br>Title 18, U.S.C., Sec. 1546(a),  <br>False Making and Possession of  <br>Entry Documents;  <br>Title 42, U.S.C., Sec.  <br>408(a)(7)(c), Possession of  <br>Counterfeit Social Security Card  <br>With Intent to Sell;  <br>Title 18, U.S.C., Sec. 2, Aiding  <br>and Abetting |

The United States Attorney charges:

Count 1

On or about January 30, 2008, within the Southern District of California, defendants FAUSTO CHAVEZ-RUEDA and AMELIA VALENTE-HERNANDEZ, did knowingly forge, counterfeit, alter and falsely make immigrant documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, namely, I-551, Resident Alien Cards; in violation of Title 18, United States Code, Section 1546(a) and Section 2.

//

//

<u>Count 2</u>

On or about November 29, 2007, within the Southern District of California, defendants FAUSTO CHAVEZ-RUEDA and AMELIA VALENTE-HERNANDEZ, did knowingly counterfeit a social security card and possess a counterfeit social security card with intent to sell it; in violation of Title 42, United States Code, Section 408(a)(7)(C) and Title 18, United States Code, Section 2.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

for *Carlos Cantu*
NICOLE ACTON JONES
Assistant U.S. Attorney