AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| AMELIA VALENTE-HERNANDEZ | |

CASE NUMBER: 08CR 0821-IEG

I, AMELIA VALENTE-HERNANDEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1546(a) - False Making and Possession of Entry Documents and Title 42 U.S.C., Sec. 408(a)(7)(C) - Possession of Counterfeit Social Security Card With Intent to Sell and Title 18, U.S.C., Sec. 2 - Aiding and Abetting,, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Amelia Valente_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER